# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AIRMOTIVE INVESTMENTS, LLC., A NEVADA LIMITED LIABILITY COMPANY, | No. 80662 |
| Appellant, | |
| vs. | **FILED** |
| BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION, Respondent. | NOV 03 2020 |

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Tierra Danielle Jones, District Judge
Paul M. Haire, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-39969